Matter of Wells v Freeland (2023 NY Slip Op 01462)

Matter of Wells v Freeland

2023 NY Slip Op 01462

Decided on March 17, 2023

Appellate Division, Fourth Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided on March 17, 2023

PRESENT: WHALEN, P.J., PERADOTTO, LINDLEY, AND BANNISTER, JJ. (Filed Mar. 17, 2023.) 

MOTION NO. (881/22) CAF 21-00903.

[*1]IN THE MATTER OF MICHAEL C. WELLS, PETITIONER-APPELLANT, 
v
DAWN M. FREELAND AND JACQUELINE M. FREELAND, RESPONDENTS-RESPONDENTS.

MEMORANDUM AND ORDER
Motion for reargument denied.